# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN MIGUEL HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:19-cv-01531-SKO<br><br>ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF<br><br>(Doc. 8) |

On November 26, 2019, petitioner Teresa Hernandez filed an application for appointment as guardian ad litem for her minor son, Plaintiff Logan Miguel Hernandez. (Doc. 8.) Good cause appears to appoint Ms. Hernandez as Plaintiff's guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c)(2). *See* Local Rule 202(a). Accordingly, IT IS HEREBY ORDERED that petitioner Teresa Hernandez is APPOINTED as the guardian ad litem for minor Plaintiff Logan Miguel Hernandez. The Clerk of Court shall update the docket accordingly.

IT IS SO ORDERED.

Dated: **December 2, 2019**                  /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE