JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Logan Miguel Hernandez,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01531-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 04/13/2020 to 05/13/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 10, 2020　　　　　PENA & BROMBERG, ATTORNEYS AT LAW

1

|   |   |
|---|---|
| | By: */s/ Jonathan Omar Pena* |
| | JONATHAN OMAR PENA |
| | Attorneys for Plaintiff |
| Dated: April 10, 2020 | MCGREGOR W. SCOTT |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | By:  *\*/s/ Annabelle Yang OBO Chantal Jenkins* |
| | Annabelle Yang OBO Chantal Jenkins |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |
| | (*As authorized by email on 04/10/2020) |

### ORDER

Pursuant to the parties' above stipulation, (Doc. 13), Plaintiff shall serve Defendant with his letter brief by no later than May 13, 2020.  All other deadlines in the scheduling order, (Doc. 5), are modified accordingly.

IT IS SO ORDERED.

Dated:   **April 14, 2020**                              /s/ *Sheila K. Oberto*                
                                                         UNITED STATES MAGISTRATE JUDGE

2